UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-037 |
| | ) | |
| TRAVIS ANDREW WATTON | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Robert T. Homlar** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Robert T. Homlar** be granted leave of absence for the following periods: **March 11, 2019 through March 18, 2019; April 8, 2019 through April 15, 2019; April 29, 2019 through May 10, 2019; May 24, 2019; May 29, 2019 through June 10, 2019; June 24, 2019 through July 1, 2019; July 5, 2019; August 7, 2019; August 30, 2019; September 2, 2019; September 20, 2019; October 14, 2019 through October 15, 2019; November 8, 2019; November 25, 2019 through November 29, 2019; December 20, 2019 through January 7, 2020; January 20, 2020; February 14, 2020**

through February 18, 2020; March 13, 2020; April 6, 2020 through April 13, 2020; May 22, 2020; and May 25, 2020.

This 4th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA