UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **SEALED DOCUMENT** |
| v. | ) | **INDICTMENT NO. 1:18 CR 037** |
| | ) | |
| | ) | |
| TRAVIS ANDREW WATTON | ) | |

## ORDER TO SEAL GOVERNMENT'S MOTION
## FOR REDUCTION OF SENTENCE

The Court having considered the Government's Motion to Seal the U.S.S.G. § 5K1.1

motion filed in this case, hereby GRANTS the motion and ORDERS that the motion and this

order be SEALED until further order of the Court.

DONE this 19th day of March, 2019.

J. Randal Hall
Chief United States District Court Judge
Southern District of Georgia